Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Green Plaints Trade Group LLC,** ) | |
| **Green Plains Inc,** ) | |
| **Green Plains Ord LLC,** ) | |
| **Green Plains Atkinson LLC,** ) | |
| **Green Plains Central City LLC,** ) | |
| **Green Plains York LLC,** ) | |
| **Green Plains Shenandoah LLC,** ) | |
| **Green Plains Otter Tail LLC,** ) | |
| **Green Plains Hereford LLC,** ) | **Case Number: 20-CV-2332** |
| **Green Plains Mount Vernon LLC,** ) | |
| **Green Plains Madison LLC,** ) | |
| **Green Plains Hopewell LLC,** ) | |
| **Green Plains Superior LLC,** ) | |
| **Green Plains Obion LLC,** ) | |
| **Green Plains Bluffton LLC** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | |
| **Archer Daniels Midland Company** ) | |
| ) | |
| **Defendant.** ) | |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** Count 1 of the complaint is DISMISSED with prejudice, Count II of the complaint is DISMISSED without prejudice, and the case is terminated. The plaintiff's recover nothing from the suit.

**Dated: 8/16/2021**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court